**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael WALSH, Defendant–Appellant.**

No. 07–30307.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 19, 2008.

Helen J. Brunner, Esquire, Assistant U.S., Susan Blair Dohrmann, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Nancy Tenney, Federal Public Defender's Office Western District of Washington, Seattle, WA, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

2. Macias's motion for interim billing is denied. Counsel may submit his bill for services on appeal in the normal course.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM \*\*

Michael Walsh appeals from his 36–month sentence imposed following his guilty-plea conviction for possession of images of children engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Walsh contends that the district court procedurally erred at sentencing because it considered only the punitive purposes of sentencing, and did not consider the other 18 U.S.C. § 3553(a) factors. Walsh also contends that his sentence is substantively unreasonable. We conclude that the district court did not procedurally err, *see United States v. Knows His Gun,* 438 F.3d 913, 918 (9th Cir.2006), and that the sentence is not substantively unreasonable, *United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.